IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARCHIE JUNIOR MATKINS, )
)
Petitioner, )
)
v. )          1:12CV90
)          1:01CR54-1
UNITED STATES OF AMERICA, )
)
Respondent. )

ORDER

On January 31, 2012, the United States Magistrate Judge's Recommendation [Doc. #30] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner did not file specific objections, but did file a request for counsel [Doc. #32] that has been denied. (See Order dated Feb. 28, 2012 [Doc. #33].)

To the extent that Petitioner's request for counsel could be construed as an objection to the Recommendation, the Court has reviewed the objection *de novo* and concludes that it does not change the determination set out in the Recommendation. Therefore, the Magistrate Judge's Recommendation [Doc. #30] is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Petitioner filing a corrected motion on the proper § 2255 forms.

This the 9th day of March, 2012.

_____
United States District Judge